**Judge Pauley**

07 CIV 9285

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax Number : (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

                           VERIFIED COMPLAINT
     - v. -

                           07 Civ.

IKE UDEAGU,

                Defendant.
------------------------------------------------------------x

        Plaintiff United States of America (the "United States"), by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, alleges upon information and belief that:

        1.     Jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 1345.

        2.     Defendant Ike Udeagu (the "defendant") resides at 104 W. 17th St. Apt 3W, New York, NY 10011, within the Southern District of New York.

### FIRST CAUSE OF ACTION

        3.     Defendant applied for and received a student loan from the lender whose name is set out in the defendant's promissory note(s) evidencing the loan, copies of which are annexed hereto as Exhibit A and incorporated herein.

        4.     Defendant defaulted on said note(s) and owes the amount said note(s) and interest.

5. The United States is the assignee and present holder of said note(s).

6. The amount due and owing plaintiff by defendant on said note(s) is $7,693.99, plus penalty charges in the amount of $5.00, plus interest in the amount of $10,792.65, as of October 10, 2007, with interest accruing thereafter at the rate of 8.00 percent per annum. A Certificate of Indebtedness from the United States Department of Education is annexed hereto as Exhibit B and incorporated herein.

## SECOND CAUSE OF ACTION

7. Plaintiff repeats and realleges the allegations contained in paragraphs numbered one through six.

8. Plaintiff insured the aforementioned note(s) pursuant to Title IV of the Higher Education Act of 1965, Public Law 89-329.

9. The lender made an insurance claim on the United States for the amount of the lender's loss arising from the defendant's default on said note(s), which claim has been paid by the United States to the lender.

10. Plaintiff is entitled to be indemnified by defendant in the amount of $18,491.64 as of October 10, 2007, with interest accruing thereafter at the rate of 8.00 percent per annum.

WHEREFORE, plaintiff demands judgment against defendant in the amount of $18,491.64 plus interest as provided by law to the date of judgment and interest from the date of judgment at the legal rate until paid in full, together with costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York

October ~, 2007

                      MICHAEL J. GARCIA
                      United States Attorney for the
                      Southern District of New York
                      Attorney for the Plaintiff

By: _____
     KATHLEEN A. ZEBROWSKI
     Assistant United States Attorney
     86 Chambers Street
     New York, New York 10007
     Telephone No.: (212) 637-2710

VERIFICATION

STATE OF NEW YORK            )
COUNTY OF NEW YORK           : ss.:
SOUTHERN DISTRICT OF NEW YORK )

        KATHLEEN A. ZEBROWSKI, being duly sworn, deposes and says that she is an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York, that she has read the foregoing complaint, and that the same is true and accurate to the best of her knowledge and belief.

                                            KATHLEEN A. ZEBROWSKI
                                            Assistant United States Attorney

Sworn to before me this 15th

day of October 2007

NOTARY PUBLIC

HERMAN AMOS JR.
Notary Public, State of New York
No. 31-4961366
Qualified In New York County
Commission Expires Feb. 5, 2010

# STUDENT LOAN APPLICATION
**NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION**
99 WASHINGTON AVENUE, ALBANY, NEW YORK 12255

*OFFICIAL USE ONLY*
Use Ball Point Pen
Press Hard

## PART A – TO BE COMPLETED BY STUDENT

- Name: UDCAL [illegible] 
- Date of birth: 07-27-[illegible]
- Address: 2661 PINE STREET [illegible]
- City: BRONX, NY 10473
- SS#: [illegible] 057 95[illegible]
- Citizen: X Yes
- NY resident: X Yes
- Student loan guaranteed by NYSHESC: X Yes
- Intended enrollment status: X Full time

**10. LENDER NAME & ADDRESS:** CHASE MANHATTAN BANK, P.O. BOX 5148, NEW HYDE PARK, N.Y. 11042

- School: HUNTER COLLEGE, CITY UNIVERSITY OF NEW YORK
- Anticipated date of program completion: 06/88
- Year in school: Undergraduate
- On/Off campus: X (rent with parents)
- Applying for: X GSL only
- Period covered by loan: From 09/85 to 06/86
- Requested loan amount: $2,500

### 19. REFERENCES

- Name: FREDDY AGU, Address: 2661 [illegible] AVE, NEW YORK, Employer: MERRILL LYNCH TEL.COMM.
- Name: EMMANUEL JONES, Address: 95-62 [illegible] Street, JAMAICA, NEW YORK, Phone: 718-297-00[ ], Employer: LASALLE MACH[illegible]

### Promissory Note for a Student Loan Guaranteed by NYSHESC

Amount: Two thousand and five hundred ... $2,500.00

Signature: [signed] Date: 8/20/85

## PART B – TO BE COMPLETED BY SCHOOL

- School code: 0520000
- Name of school: [illegible] CO[LLE]GE
- Anticipated date of program completion: 06/88
- Academic period of loan: 9/85 to 5/86
- Estimated cost of attendance: $783
- Estimated financial aid: $1150
- Adjusted gross income: $6512
- Expected family contribution: $0
- Signature of authorized school official: [signed] D. BLACKWELL
- Date: 7/3/[illegible]

## PART C – TO BE COMPLETED BY LENDER

- NYSHESC Lender code: 006900
- Lender name: CHASE MANHATTAN BANK, STUDENT LOAN, P.O. BOX 5148, NEW HYDE PARK, N.Y. 11042, (516) 326-8703
- Signature of authorized lending official: [signed]
- Date: SEP 11 1985

LENDER COPY (ORIGINAL)

**Additional Terms of the Promissory Note for a Student Loan Guaranteed by NYSHESC**

II. Date Note Comes Due

III. Interest

IV. [illegible]

V. Default

VI. [illegible] and Late Charges

VII. Arbitration Agreement

VIII. [illegible]

**NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION**
99 WASHINGTON AVENUE, ALBANY, NEW YORK 12255

PART A — TO BE COMPLETED BY STUDENT — PRINT CAREFULLY

Name: FREDDIE AGU

THE CHASE MANHATTAN BANK
P.O. BOX 5100, NEW HYDE PARK, N.Y. 11042

Amount: 2,500

**REFERENCES** (References must reside in the United States)

| Nearest Living Adult Relative | Nearest Living Adult Relative Not Residing at Address indicated in Item 19A |
|---|---|
| Name: FREDDIE AGU | Name: EMMANUEL JONES |
| Address: 241 WEEK AVE, C. BRONX | Address: 820 E 210 St, Bronx |
| State: NY 10466  Phone: (212) 655-3489 | State: NY 10466  Phone: (212) 655-7003 |
| Employer: Majors Parking Inc.  Phone: (212) 665-3162 | Employer: LaSalle Meat Serv.  Phone: 212-655-1082 |
| Relationship: Nephew | Relationship: Cousin |

Amount: $2,500.00

X _____ 8/11/86

BEST COPY AVAILABLE AT TIME OF FILING

PART B — TO BE COMPLETED BY SCHOOL

Name of School: Hunter College
NYSHESC School Code: 

From: 04/86  To: 08/87

Cost: $3118   Financial: $3200   Gross Income: $6399   Contribution: 0

Signature: D. Blackwell - FAO
Date: 10/16/86

PART C — TO BE COMPLETED BY LENDER

NYS Lender Code: 006500
Amount: 2500

Lender Name: CHASE MANHATTAN BANK
STUDENT LOAN DEPT.
P.O. BOX 100
NEW HYDE PARK, N.Y. 11040
(800) 632-3210

MAPS

Signature: DANA FERNANDEZ, LOAN PROCESSOR
Date: 11/15/86

LENDER COPY (ORIGINAL)

PAY TO THE ORDER OF
New York Higher Education Serv Corporation
WITHOUT RECOURSE
THE CHASE MANHATTAN BANK, N.A.

*Cynthia L. Olson*

BEST COPY AVAILABLE
AT TIME OF FILMING

ORIGINAL                                    10/19/84

# NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION
## GUARANTEED STUDENT LOAN
## PROMISSORY NOTE

HE 700 (6/82)

Social Security Number: 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-A

NYSHESC Acct. Number: 19567324

Interest Rate: 8.0%

| Borrower | Lender |
|---|---|
| IKE C. UDEAGU | CHASE MANHATTAN BANK |
| 650 E 232 STREET | POST OFFICE BOX 5148 |
| BRONX, NY 10466 | NEW HYDE PARK, NY 11042 |

| ANNUAL PERCENTAGE RATE | Amount Financed | Late Charge: If a payment is late, you may be charged $5.00 or 5% of the payment, whichever is less. |
|---|---|---|
| The cost of your credit as a yearly rate. | The amount of credit provided to you. | Prepayment: If you pay off early, you will not have to pay a penalty, and you may be entitled to a refund of part of the finance charge. |
| Prior to repayment / During repayment | | See the promissory note for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties. |
| 8.0 % | $ 2,362.00 | |

If you are not eligible for a full State or Federal interest subsidy during the in-school period of this loan, then such interest must be paid as follows:

☐ quarterly
☐ by means of capitalization when I enter repayment

The Grace Period on this loan is 6 months.

In the event of prepayment, the method of calculating any rebate of unearned interest is

RULE OF 78'S

### Itemization of the Amount Financed of $ 2,362.00

Loan Amount $ 2,500.00 Less: Prepaid Finance Charge $ 138.00 Equals: Amount paid to you $ 2,362.00
Includes:
  Insurance Premium        $  13.00
  Origination fee
  (5 % of Loan Amount)    $ 125.00

VHES 311 7-82 PRB 3-85
0701 0001   ADD 11/01/84   SC 00173-0

IKE C UDEAGU
866 E 232 STREET
BRONX NY 10466

PAY TO THE ORDER OF
New York Higher Education Services Corporation
WITHOUT RECOURSE
THE CHASE MANHATTAN BANK, NA
[signature]

JUL 23 [illegible]

BEST COPY AVAILABLE AT TIME OF FILMING

EXHIBIT B

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

Ike C. Udeagu
104 W. 17th Apt. 3W
New York, NY 10011-2202
Account No: 249471694

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 07/20/07.

On or about 10/19/84, 08/20/85 and 08/11/86, the borrower executed promissory note(s) to secure loan(s) of $2,500.00, $2,500.00 and $2,500.00, from Chase Manhattan Bank (New Hyde Park, NY) at 8.00 percent interest per annum. This loan obligation was guaranteed by New York State Higher Education Services Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 09/25/90, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $7,693.99 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 09/17/97, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $ 7,693.99 |
| Interest: | $10,656.06 |
| Penalty: | $    5.00 |
| Total debt as of 07/20/07: | $18,355.05 |

Interest accrues on the principal shown here at the rate of $1.69 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 08/23/07

Delfin M. Reyes
Loan Analyst

Loan Analyst
Litigation Support